3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED  Entered

AUG 0 2 1999

Michael N. Milby, Clerk of Court

CLARENCE MILLS, JR.                *

    VS                          *   C.A. NO. B98 191

GARY L. JOHNSON, Director          *
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

## O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 for Writ of Habeas Corpus by a Person in State Custody on or before **October 4, 1999.**

DONE at Brownsville, Texas, this 2nd day of August 1999.

_____
Felix Recio
United States Magistrate Judge