UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CLARENCE MILLS, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-98-191 |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file,

1. Respondents' Motion to Dismiss is hereby GRANTED;

2. Mills' Petition for a Writ of Habeas Corpus pursuant to §2254 is hereby DENIED.

3. The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

DONE in Brownsville, Texas on this 19 day of November, 1999.

_____
Hilda Tagle
United States District Judge

5